**COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP**
Peter S. Pearlman
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
psp@njlawfirm.com

**BERGER MONTAGUE, PC**
Sherrie Savett
Shanon Carson
Jon Lambiras
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
ssavett@bm.net
scarson@bm.net
jlambiras@bm.net

*Counsel for Plaintiff and the Classes*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS CARBONNEAU, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS INCORPORATED, AMERICAN MEDICAL COLLECTION AGENCY, INC., and OPTUM360, LLC,<br><br>Defendants. | Case No.: _____<br><br>Civil Action<br><br>**CERTIFICATION PURSUANT TO<br>LOCAL CIVIL RULE 11.2** |

Pursuant to Local Civil Rule 11.2, Plaintiff by its undersigned counsel, hereby certifies on

information and belief that the matter is controversy is not subject of other actions pending in any

court or of any pending arbitration or administrative proceeding, except the following matters

entitled *Vieyra v. Quest Diagnostics Inc., et al.*, Case No. 2:19-cv-13396, and *Fernandez v.*

*American Medical Collection Agency, Inc., et al.*, Case No. 2:19-cv-13398.

Plaintiff is not currently aware of any other party that should be joined in this action.

Dated: June 6, 2019                                    Respectfully submitted,

                                                      */s/ Peter S. Pearlman*

                                                      Peter S. Pearlman
                                                      **COHN LIFLAND PEARLMAN
                                                       HERRMANN & KNOPF LLP**
                                                      Park 80 West – Plaza One
                                                      250 Pehle Avenue, Suite 401
                                                      Saddle Brook, NJ 07663
                                                      Tel.:  (201) 845-9600
                                                      Fax:  (201) 845-9423
                                                      psp@njlawfirm.com

                                                      Sherrie Savett
                                                      Shanon Carson
                                                      Jon Lambiras
                                                      **BERGER MONTAGUE, PC**
                                                      1818 Market Street, Suite 3600
                                                      Philadelphia, PA 19103
                                                      Tel.:  (215) 875-3000
                                                      Fax:  (215) 875-4604
                                                      ssavett@bm.net
                                                      scarson@bm.net
                                                      jlambiras@bm.net

                                                      *Counsel for Plaintiff and the Classes*