**COHN LIFLAND PEARLMAN**
**HERRMANN & KNOPF LLP**
Peter S. Pearlman
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
psp@njlawfirm.com

**BERGER MONTAGUE, PC**
Sherrie Savett
Shanon Carson
Jon Lambiras
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
ssavett@bm.net
scarson@bm.net
jlambiras@bm.net

*Counsel for Plaintiff and the Classes*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS CARBONNEAU, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS INCORPORATED, AMERICAN MEDICAL COLLECTION AGENCY, INC., and OPTUM360, LLC,<br><br>Defendants. | Case No.: _____<br><br>Civil Action<br><br>**CERTIFICATE OF**<br>**NON-ARBITRABILITY**<br>**PURSUANT TO L. CIV. R. 201.1(d)(3)** |

I certify, pursuant to Local Civil Rule 201.1(d)(3), that the above-captioned matter is not appropriate for compulsory arbitration because the damages recoverable exceed the sum of $150,000.00 exclusive of interest and costs and any claim for punitive damages.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 6th day of June, 2019.

Dated: June 6, 2019                              Respectfully submitted,

*/s/ Peter S. Pearlman*
Peter S. Pearlman
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
Tel.: (201) 845-9600
Fax: (201) 845-9423
psp@njlawfirm.com

Sherrie Savett
Shanon Carson
Jon Lambiras
**BERGER MONTAGUE, PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
ssavett@bm.net
scarson@bm.net
jlambiras@bm.net

*Counsel for Plaintiff and the Classes*